UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIMOTHY R. PETROZZI,

              Plaintiff,

v.

STATE OF WASHINGTON, et al.,

              Defendants.

CASE NO. 3:18-CV-05502-BHS-DWC

REPORT AND RECOMMENDATION

Noting Date: September 14, 2018

The District Court referred this action, filed pursuant to 42 U.S.C. § 1983, to United States Magistrate Judge David W. Christel. Before the Court is Plaintiff's Motion to Withdraw ("Motion"). Dkt. 22.

Plaintiff filed his Proposed Complaint without a filing fee or Motion to Proceed *In Forma Pauperis* on June 14, 2018. Dkt. 1. He later filed a Motion for Leave to Proceed *In Forma Pauperis*, Dkt. 4, which the Court granted, Dkt. 5. The Court then entered a Report and Recommendation that Plaintiff's State and County Defendants be dismissed, Dkt. 7, but directed service on all other Defendants, Dkt. 8. Defendant Chris Van Veckten filed Objections to that Report and Recommendation. Dkt. 11. The Objections and Report and Recommendation are still

REPORT AND RECOMMENDATION - 1

1  pending before the Honorable Benjamin H. Settle. All Defendants except the State of

2  Washington and the Department of Social and Health Services have now entered waivers of

3  service. *See* Dkts. 13-18, 23-24.

4  Plaintiff has now filed his Motion, asking that he be able to withdraw his Complaint and

5  "stay any and all procedures and processes relating." Dkt. 22. The Court interprets this Motion to

6  ask that Plaintiff's action be voluntarily dismissed. The Court also notes that granting Plaintiff's

7  Motion would functionally moot this Court's previous Report and Recommendation. Dkt. 7.

8  Under Rule 41(a)(1), an action may be voluntarily dismissed without prejudice by a

9  plaintiff if the plaintiff files a notice of dismissal before the defendant files an answer or

10 summary judgment motion and the plaintiff has not previously dismissed an action "based on or

11 including the same claim." Fed.R.Civ.P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692

12 (9th Cir. 1997). Here, though Defendants have entered waivers of service, no Defendants have

13 filed either an answer or summary judgment motion. The Court has also not identified any other

14 action based on the same claims that Plaintiff has voluntarily dismissed previously. Thus,

15 Plaintiff may voluntarily dismiss this action. Therefore, the Court recommends Plaintiff's

16 Motion (Dkt. 22) be granted and this action be dismissed without prejudice.

17 Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have

18 fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.

19 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*

20 review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit

21

22

23

24

1 | imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on
2 | September 14, 2018, as noted in the caption.

3     Dated this 29th day of August, 2018.

                                                           */s/ David W. Christel*
                                                           David W. Christel
                                                           United States Magistrate Judge